| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Andy Yu<br>160 S Hudson Ave<br>Unit 110<br>Pasadena, CA 91101<br>(714) 812-0699<br>inameandy@gmail.com<br><br>☒ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY<br><br>FILED<br>MAR 28 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**** ||
| In re:<br>Andy Yu | CASE NO.: 25-12535-BB<br>CHAPTER # 7 |
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☒ **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03 / 27 / 2025      Andy                         Yu                         _____
                          Printed name of Debtor 1                                Signature of Debtor 1

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2.  ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>*Check only ONE box below*</u>):

   ☐ **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.


Date: _____    _____    _____
                              Printed name of Debtor 2                              Signature of Debtor 2

# EARNINGS STATEMENT

**LUUMEN INC**
**OPSBERRY AI**
(Legal Address)
149 New Montgomery St, 4th Floor
San Francisco, CA 94105
Phone: 6097051621

(Work address)
1913 Berryhill Drive
Chino Hills, CA 91709
Phone: 6097051621

**PAID TO:**
Andy Yu

1913 Berryhill Drive
Chino Hills, CA 91709
SSN: ...9439

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
03/01/2025 - 03/15/2025

**PAY DATE:**
03/14/2025

**GROSS PAY:**
$7,708.33

**NET PAY:**
$5,608.64

*THIS IS NOT A CHECK*

| TIME OFF † | USED (HOURS) | ACCRUED (HOURS) | BALANCE (HOURS) |
|---|---|---|---|
| Vacation Policy | 0.00 | - | Unlimited |

†Numbers in this section are not final and are subject to change since the pay period has not ended yet

| EARNINGS | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Salary | - | 86.67 | $7,708.33 | $38,541.65 |

| TAXES WITHHELD | CURRENT | YTD |
|---|---|---|
| Federal Income Tax | $969.50 | $4,847.50 |
| Medicare | $111.77 | $558.85 |
| Social Security | $477.92 | $2,389.60 |
| SDI Withholding - CA | $92.50 | $462.50 |
| State Withholding - CA | $448.00 | $2,240.00 |

| DEDUCTIONS | CURRENT EMP. DEDUCTION | CURRENT CO. CONTRIBUTION | YTD EMP. DEDUCTION | YTD CO. CONTRIBUTION |
|---|---|---|---|---|
| Medical Deductions | $0.00 | $727.21 | $0.00 | $3,636.03 |
| Dental Deductions | $0.00 | $42.44 | $0.00 | $212.18 |
| Vision Deductions | $0.00 | $10.66 | $0.00 | $53.30 |
| Life Deductions | $0.00 | $2.79 | $0.00 | $13.95 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $7,708.33 | $38,541.65 |
| Taxes | $2,099.69 | $10,498.45 |
| Net Pay | $5,608.64 | $28,043.20 |
| Acct# ...704 Trace: 021000029835300 | $5,608.64 | |

# EARNINGS STATEMENT

**LUUMEN INC**
**OPSBERRY AI**
(Legal Address)
149 New Montgomery St, 4th Floor
San Francisco, CA 94105
Phone: 6097051621

(Work address)
1913 Berryhill Drive
Chino Hills, CA 91709
Phone: 6097051621

**PAID TO:**
Andy Yu

1913 Berryhill Drive
Chino Hills, CA 91709
SSN: ...9439

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
02/16/2025 - 02/28/2025

**PAY DATE:**
02/28/2025

**GROSS PAY:**
$7,708.33

**NET PAY:**
$5,608.64

*THIS IS NOT A CHECK*

| TIME OFF | USED (HOURS) | ACCRUED (HOURS) | BALANCE (HOURS) |
|---|---|---|---|
| Vacation Policy | 0.00 | - | Unlimited |

†Numbers in this section are not final and are subject to change since the pay period has not ended yet

| EARNINGS | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Salary | - | 86.67 | $7,708.33 | $30,833.32 |

| TAXES WITHHELD | CURRENT | YTD |
|---|---|---|
| Federal Income Tax | $969.50 | $3,878.00 |
| Medicare | $111.77 | $447.08 |
| Social Security | $477.92 | $1,911.68 |
| SDI Withholding - CA | $92.50 | $370.00 |
| State Withholding - CA | $448.00 | $1,792.00 |

| DEDUCTIONS | CURRENT EMP. DEDUCTION | CURRENT CO. CONTRIBUTION | YTD EMP. DEDUCTION | YTD CO. CONTRIBUTION |
|---|---|---|---|---|
| Medical Deductions | $0.00 | $727.20 | $0.00 | $2,908.82 |
| Dental Deductions | $0.00 | $42.43 | $0.00 | $169.74 |
| Vision Deductions | $0.00 | $10.66 | $0.00 | $42.64 |
| Life Deductions | $0.00 | $2.79 | $0.00 | $11.16 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $7,708.33 | $30,833.32 |
| Taxes | $2,099.69 | $8,398.76 |
| Net Pay | $5,608.64 | $22,434.56 |
| Acct# ...107 Trace: 021000024853225 | $2,608.64 | |
| Acct# ...226 Trace: 021000028277336 | $3,000.00 | |

# EARNINGS STATEMENT

**LUUMEN INC**
**OPSBERRY AI**
(Legal Address)
149 New Montgomery St, 4th Floor
San Francisco, CA 94105
Phone: 6097051621

(Work address)
1913 Berryhill Drive
Chino Hills, CA 91709
Phone: 6097051621

**PAID TO:**
Andy Yu

1913 Berryhill Drive
Chino Hills, CA 91709
SSN: ...9439

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
02/01/2025 - 02/15/2025

**PAY DATE:**
02/14/2025

**GROSS PAY:**
$7,708.33

**NET PAY:**
$5,608.64


THIS IS NOT A CHECK

| TIME OFF † | USED (HOURS) | ACCRUED (HOURS) | BALANCE (HOURS) |
|---|---|---|---|
| Vacation Policy | 0.00 | - | Unlimited |

†Numbers in this section are not final and are subject to change since the pay period has not ended yet

| EARNINGS | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Salary | - | 86.67 | $7,708.33 | $23,124.99 |

| TAXES WITHHELD | CURRENT | YTD |
|---|---|---|
| Federal Income Tax | $969.50 | $2,908.50 |
| Medicare | $111.77 | $335.31 |
| Social Security | $477.92 | $1,433.76 |
| SDI Withholding - CA | $92.50 | $277.50 |
| State Withholding - CA | $448.00 | $1,344.00 |

| DEDUCTIONS | CURRENT EMP. DEDUCTION | CURRENT CO. CONTRIBUTION | YTD EMP. DEDUCTION | YTD CO. CONTRIBUTION |
|---|---|---|---|---|
| Medical Deductions | $0.00 | $727.21 | $0.00 | $2,181.62 |
| Dental Deductions | $0.00 | $42.44 | $0.00 | $127.31 |
| Vision Deductions | $0.00 | $10.66 | $0.00 | $31.98 |
| Life Deductions | $0.00 | $2.79 | $0.00 | $8.37 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $7,708.33 | $23,124.99 |
| Taxes | $2,099.69 | $6,299.07 |
| Net Pay | $5,608.64 | $16,825.92 |
| Acct# ...107 Trace: 021000028036359 | $2,608.64 | |
| Acct# ...226 Trace: 021000021356514 | $3,000.00 | |

# EARNINGS STATEMENT

**LUUMEN INC**
**OPSBERRY AI**
(Legal Address)
149 New Montgomery St, 4th Floor
San Francisco, CA 94105
Phone: 6097051621

(Work address)
1913 Berryhill Drive
Chino Hills, CA 91709
Phone: 6097051621

**PAID TO:**
Andy Yu

1913 Berryhill Drive
Chino Hills, CA 91709
SSN: ...9439

**ADVICE OF DEPOSIT**

**PAY PERIOD:**
01/16/2025 - 01/31/2025

**PAY DATE:**
01/31/2025

**GROSS PAY:**
$7,708.33

**NET PAY:**
$5,608.64

*THIS IS NOT A CHECK*

| TIME OFF † | USED (HOURS) | ACCRUED (HOURS) | BALANCE (HOURS) |
|---|---|---|---|
| Vacation Policy | 0.00 | - | Unlimited |

†Numbers in this section are not final and are subject to change since the pay period has not ended yet

| EARNINGS | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Salary | - | 86.67 | $7,708.33 | $15,416.66 |

| TAXES WITHHELD | CURRENT | YTD |
|---|---|---|
| Federal Income Tax | $969.50 | $1,939.00 |
| Medicare | $111.77 | $223.54 |
| Social Security | $477.92 | $955.84 |
| SDI Withholding - CA | $92.50 | $185.00 |
| State Withholding - CA | $448.00 | $896.00 |

| DEDUCTIONS | CURRENT EMP. DEDUCTION | CURRENT CO. CONTRIBUTION | YTD EMP. DEDUCTION | YTD CO. CONTRIBUTION |
|---|---|---|---|---|
| Medical Deductions | $0.00 | $727.20 | $0.00 | $1,454.41 |
| Dental Deductions | $0.00 | $42.43 | $0.00 | $84.87 |
| Vision Deductions | $0.00 | $10.66 | $0.00 | $21.32 |
| Life Deductions | $0.00 | $2.79 | $0.00 | $5.58 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $7,708.33 | $15,416.66 |
| Taxes | $2,099.69 | $4,199.38 |
| Net Pay | $5,608.64 | $11,217.28 |
| Acct# ...226 Trace: 021000027645511 | $5,608.64 | |